UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA ANN DOLPH-HOSTETTER,

    Petitioner,

v.                                      Case Number: 2:11-CV-11177

MILLICENT WARREN,

    Respondent.
                                      /

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order Denying the Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability, dated, November 27, 2013 this cause of action is DISMISSED.

Dated at Detroit, Michigan this 27th day of November, 2013.

                    DAVID J. WEAVER
                    CLERK OF THE COURT

BY:    S/Lisa Wagner
          Lisa Wagner, Case Manager and
          Deputy Clerk to
          Judge Robert H. Cleland
          (313) 234-5522